AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

US
v.
Phulla Meas

**APPEARANCE**

Case Number: 1:06M132A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ms. Meas

I certify that I am admitted to practice in this court.

3-1-7
Date

Signature

K F. Fitzgerald
Print Name — Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE — RI — 02903
City — State — Zip Code

(401) 528-4281 — (401) 528-4285
Phone Number — Fax Number