1253487

RECEIVED

RECEIVED

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

NOV 14 2006

NOV 15 2006

District of RHODE ISLAND

US MARSHALS RHODE ISLAND

US MARSHALS RHODE ISLAND

UNITED STATES OF AMERICA

V.

PHALLA MEAS

## WARRANT FOR ARREST

Case Number: 1:06-M-132A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Phalla Meas
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

theft, embezzlement or misapplication by Bank Official or employee.

in violation of Title 18 United States Code, Section(s) 656

LINCOLN D. ALMOND
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Providence RI 11/15/06
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/15/2006 | G. Russell Griffiths | G. Russell Griffiths |
| DATE OF ARREST 3/01/2007 | | |