IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. CR 07 093S |
| | ) | In Violation of 18 U.S.C. |
| | ) | § 656 |
| | ) | |
| PHALLA MEAS | ) | |

FILED
JUN 15 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

In or about April 2003, within the District of Rhode Island, the Defendant, PHALLA MEAS, being an employee of Citizens Bank, did knowingly embezzle, abstract, purloin and willfully misapply money, funds, and credits in the amount of approximately $20,000 of Citizens Bank, a bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 656.

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Criminal Chief
Assistant U.S. Attorney

Dated: 6-15-07