# United States District Court
## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
JUN 19 2007
District of Rhode Island

UNITED STATES OF AMERICA

v.

PHALLA MEAS

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR07-93S

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>JUNE 22, 2007 AT 11:00 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 656

Brief description of offense:
EMBEZZLEMENT BY A BANK EMPLOYEE

Signature of Issuing Officer

June 19, 2007
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: June 22, 2007 (Date)

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US District Court Providence RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on June 22, 2007 (Date)

Burton Stallwood
Name of United States Marshal

[signature] DUSM
(by) Deputy United States Marshal

Remarks:
Served @ hearing before U.S. Magistrate Judge Almond. (PS)
Atty Kevin Fitzgerald Present