O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
PHALLA MEAS

WAIVER OF INDICTMENT

CR 07 093S

CASE NUMBER:

I, PHALLA MEAS, the above named defendant, who is accused of embezzlement by a bank employee.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 22, 2007, (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ